IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-02170-AP**

**CHARLES H. FERGUSON,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for EAJA Attorney's Fees, filed June 23, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of $4,173.40.

Dated at Denver, Colorado, June 24, 2005

                                                  BY THE COURT:

                                                  S/**John L. Kane**
                                                  Senior Judge, United States District Court