**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| CHARLES H. FERGUSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-cv-02170-AP |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b)**

Pending before this Court is the issue of whether the Plaintiff's attorney may receive attorney's fees under 42 U.S.C. §406(b) pursuant to a contingency fee contract for 25% of past-due Social Security benefits awarded in lieu of attorney's fees previously awarded under the Equal Access to Justice Act. It does not appear that Plaintiff Ferguson has any objections to the award of attorney's fees pursuant to his contingency fee agreement with counsel.

By order of this Court entered March 31, 2005, the decision of the Commissioner of Social Security that the Plaintiff was not disabled was reversed and the case was remanded for the award and calculation of benefits. Subsequently, this Court Awarded attorney's fees for for Plaintiff's counsel under the Equal Access to Justice Act (EAJA) in the amount of $4,173.40 for 27.1 hours of work. Upon remand, the Plaintiff was determined to be entitled to benefits that were past due in the amount of $59,790.20 .

In this case, Plaintiff's counsel did expend a substantial number of hours representing Mr.

Ferguson and the result of that representation was a successful outcome for the Plaintiff as represented by the award of a substantial amount of past-due benefits.  Therefore, counsel fulfilled his duty under the contingency fee contract and counsel is entitled to the 25% attorney's fee based on the award of past-due benefits.

Accordingly, it is

**ORDERED** that the Commissioner return to the Plaintiff Charles H. Ferguson from his withheld fees the amount of $4,173.40 in attorney's fees previously awarded under the Equal Access to Justice Act.  It is further

**ORDERED** that the motion for approval of attorney fees is GRANTED and attorney's fees in the net amount of $5,474.15 is approved and should be awarded to Counsel.

Dated this 10th day of May, 2006.

BY THE COURT:

s/John L. Kane

Senior Judge, United States District Court